# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2024

## NO. 03-24-00372-CV

**Deborah Kennedy, Appellant**

v.

**Home Team Rentals for RC Kids, LLC, Appellee**

**APPEAL FROM COUNTY COURT OF BELL COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on May 28, 2024. Having reviewed the record, the Court holds that Deborah Kennedy has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.